# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Case No. 2:13-cv-631-RWS-RSP |
| PAUL MAYBEN, SUSAN MAYBEN & § | |
| VIRGINIA MAYBEN WARD § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated March 15, 2016 (Dkt. No. 28) which recommends that Plaintiff's Motion for Summary Judgment (Dkt. No. 20) be granted. No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

It is **ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 20) is **GRANTED**.

SIGNED this 16th day of May, 2016.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE